Frank Edward CROW, Appellant,

v.

The STATE of Texas, Appellee.

No. 42228.

Court of Criminal Appeals of Texas.

Dec. 10, 1969.

J. C. Jacobs, Corsicana, for appellant.

Jimmy Morris, County Atty., Corsicana, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION ON STATE'S MOTION
FOR REHEARING

MORRISON, Judge.

Our prior opinion is withdrawn.

The offense is theft by false pretext; the punishment, five years.

The indictment alleged that the two typewriters in question were the corporeal per-

sonal property of one Dean Thedford. This being an essential element of the case, the failure to stipulate in the absence of proof renders the evidence insufficient to support the conviction.

The judgment is reversed and the cause is remanded.